## THIRD DEPARTMENT, JUNE TERM, 1886.

The People of the State of New York ex rel. Patrick Murphy v. Same. — Like order.

John Lutes, Plaintiff, v. William D. Shelley, Defendant. — Motion for reargument or for leave to appeal to the Court of Appeals denied.

Solomon Longyear, Plaintiff, v. United States Life Insurance Company, Defendant. — Motion for leave to appeal to the Court of Appeals denied.

Michael Judson, Respondent, v. The Village of Olean, Appellant. — Motion for reargument denied; motion for leave to appeal to the Court of Appeals not properly before the court.

Abram Shaver, Plaintiff, v Nelson B. Eldred, Defendant. — Motion for reargument denied, and motion for leave to appeal to the Court of Appeals granted.

Anson D. Brown, Plaintiff, v. The London Assurance Association, Defendant. — Motion for reargument denied, and motion for leave to appeal to the Court of Appeals granted.

John B. McGovern, Plaintiff, v. Evelyn B. Robertson, Defendant. — Motion for leave to appeal to the Court of Appeals granted, unless the defendant stipulates that this case abide the event of the appeal to the Court of Appeals in the other case of the same title, and that the proceedings pending such appeal be stayed.

Mary Marsh, Respondent, v. William R. McNair, Appellant.—Motion to modify decision granted.

In the Matter of Maggie Scott McNaughton, by Guardian, and Mary McPherson, Appellant, v. James Frazer, as Executor, etc., Respondent.— Motion to modify memorandum decision denied. Smith, P. J., not sitting.

Alexander S. Turner v. William W. Weston and others. — Motion to dismiss appeal denied, with ten dollars costs. Smith, P. J., and Bradley, J., not sitting.

In the Matter of the Decree of Sallie Kelsey.— Costs of the appeal and disbursements allowed to the special guardian, to be paid by the executor out of the estate. Smith, P. J., not sitting.

In the Matter of the Probate of the Last Will and Testament of Timothy Clark, deceased.— Motion to remit proceedings to the Surrogate's Court granted. Memorandum of decision modified so as to direct payment to the proponents of their taxable costs and disbursements of the appeal out of the estate.

The People of the State of New York v. William C. Moore.—The case having been examined upon the facts, the motion to modify the memorandum of decision is denied.

---

## THIRD DEPARTMENT, JUNE TERM, 1886.

The People of the State of New York, Respondent, v. James McIntosh, Appellant. — Judgment affirmed. Opinion by Bockes, P. J.

Thomas Cusick, by Guardian, etc., Appellant, v. William L. Adams, Respondent.— Order reversed, with costs, and motion denied. Opinion by Landon, J.; Bockes, P. J., dissents, with opinion.

In the Matter of Proving the Will of George D. Stewart, deceased.— Decree of surrogate affirmed, with costs against appellant. Opinion by Parker, J.

Fergus Dodds, Appellant, v. Maria Smith Hakes, Respondent.—Judgment affirmed, with costs. Opinion by Landon, J.

Matthew Hale and Alpheus T. Bulkley, Respondents, v. John Swinburne, Appellant.—Judgment affirmed, with costs. Opinion by Bockes, J.

Michael Mahoney, Respondent, v. James Thompson, Appellant.—Judgment and order affirmed, with costs. Opinion by Landon, J.

Andrew Randall, Appellant, v. The Albany City National Bank, Respondent.—Order modified by striking out "with ten dollars costs of said motion to be paid by the plaintiff," and as modified affirmed, with costs of appeal to abide the event. Opinion by Bockes, J.

Bartholomew Scott, Appellant, v. Elizabeth Sweeney and others, Respondents. — Judgment and order affirmed, with costs. Opinion by Landon, J.; Parker, J., not sitting.

The People of the State of New York ex rel. The President, Managers and Company of the Delaware and Hudson Canal Company, Respondents, v. Zachariah Roosa and others, Assessors, Appellants. — Judgment affirmed, with costs of appeal, as in case of appeal in an action in this court. Opinion by Bockes, J.

Joseph W. Northrup, Appellant, v. Rathbone, Sard & Co., Respondents.—Judgment affirmed, with costs. Opinion by Landon, J.

Nelson H. Burhans, Respondent, v. William J. Turck, Appellant.—Judgment affirmed, with costs. Opinion by Bockes, J.

Maria W. Huyck, Respondent, v. Thomas M. Andrews, Appellant. — Judgment affirmed, with costs. Opinion by Bockes, J.

The People of the State of New York, Respondent, v. Edgar Powell, Appellant. — Conviction and judgment affirmed. Opinion by Landon, J.

John Conway, Appellant, v. The Troy and Boston Railroad Company, Respondent. — Judgment affirmed, with costs. Opinion by Bockes, J.; Peckham, J., not sitting.

Rodney B. Smith and others, Respondents, v. Andrew S. Schoonmaker, Appellant. — Judgment reversed, new trial granted, costs to abide event. Opinion by Peckham, J.

Henry E. Weed, Respondent, v. The London and Lancashire Fire Insurance Company, Appellant.—Judgment reversed, new trial granted, costs to abide event; referee discharged. Opinion by Bockes, J.

Henry Phillpot, Respondent, v. Perry W. Eldred, Appellant. — Judgment affirmed, with costs. Opinion by Landon, J.

George W. Haines, Respondent, v. Miles Haines, Appellant. — Judgment affirmed, with costs. Opinion by Peckham, J.

E. Frank Coe, Appellant, v. William Tough, Respondent. — Judgment and order affirmed, with costs. Opinion by Bockes, J.

Elizabeth G. Strong, Respondent, v. Charles A. Spaulding, Appellant. — Judgment reversed, new trial granted, costs to abide event. Opinion by Bockes, P. J.; Landon, J., dissents.

James K. Selleck, Appellant, v. William H. Keeler, as Sheriff, etc., Respondent. — Judgment and order affirmed, with costs against Appellant. Opinion by Bockes, J.

Margaret Van Schaick, Appellant, v. James Saunders, Respondent. Impleaded, etc.— Judgment affirmed, with costs. Opinion by Landon, J.

James Saunders, Respondent, v. Margaret Van Schaick, Appellant, Impleaded, etc. — Judgment affirmed, with costs against appellant. Opinion by Landon, J.

Elizabeth G. Crosby, Respondent, v. Joseph B. Rogers, Appellant. — Judgment and order reversed, new trial granted, costs to abide event. Opinion by Landon, J.

Philetus P. Argersinger and others, Respondents, v. Ramsey McNaughton, Appellant. — Judgment affirmed, with costs. Opinion by Bockes, J.

In the Matter of the Accounting of John C. Connor, Assignee, etc. — Judgment and decree appealed from affirmed, without costs. Opinion by Landon, J.